# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.    Case No. 1:08cr4-MW/GRJ -8

**KINZIE DECARLOS THOMAS,**

    **Defendant/Petitioner.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 536. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 496, is **DENIED**. A Certificate of Appealability is **DENIED**."

---

[1] Defendant Thomas applied for and received an extension of time in which to file objections to the Magistrate Judge's Report and Recommendation. To date, no objections have been filed.

1

The Clerk shall close the file.

    **SO ORDERED on November 27, 2017.**

                                       **<u>s/Mark E. Walker</u>**
                                       **United States District Judge**