IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 1:08cr4-MW/GRJ-8

KINZIE DECARLOS THOMAS,

    Defendant/Petitioner.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 534, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 538. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 496, is **DENIED**. A Certificate

of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on December 6, 2017.**

**s/Mark E. Walker<u>    </u>**
**United States District Judge**
